```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 32058
    TERRANCE BEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
           Debtor
    SSN XXX-XX-7888


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/24/2008 and was not confirmed.

    The case was dismissed without confirmation 02/23/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED            .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I   25528.26            .00            .00
THINK MUTUAL BANK         SECURED NOT I    4368.51            .00            .00
CITI RESIDENTIAL LENDING  CURRENT MORTG        .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE   60000.00            .00            .00
MARRIOTT VACATION CLUB    CURRENT MORTG        .00            .00            .00
OMNI NATIONAL BANK        CURRENT MORTG        .00            .00            .00
SUNTRUST MORTGAGE         CURRENT MORTG        .00            .00            .00
ACS/SLMA/TOWN CENTER      SECURED              .00            .00            .00
OMNI NATIONAL BANK        MORTGAGE NOTI  NOT FILED            .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         ---------------        ---------------
TOTALS                        .00                       .00




              PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 32058 TERRANCE BEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn  
Dated: 03/26/09                                 _____  
                                                     TOM VAUGHN  
                                                     CHAPTER 13 TRUSTEE